ACCEPTED
15-24-00007-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/24/2025 2:01 PM
CHRISTOPHER A. PRINE
CLERK

# No. 15-24-00007-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/24/2025 2:01:08 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIFTEENTH COURT OF APPEALS OF TEXAS

Michael Morath, in his Official Capacity as Texas Commissioner of Education

*Appellant*

v.

Kingsville Independent School District, et al.

*Plaintiff-Appellee School Districts*

*and*

Pflugerville Independent School District, et al.

*Intervenor-Appellee School Districts*

On Appeal from the 419th District Court of Travis County

**Plaintiff-Appellee School Districts' Notice of Change of Lead Counsel, Appearance, and Withdrawal**

TO THE HONORABLE THIRTEENTH COURT OF APPEALS:

Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, Plaintiff-Appellee School Districts file this Notice of Change of Lead Counsel, Appearance, and Withdrawal.

Kevin O'Hanlon of O'Hanlon, Demerath & Castillo hereby enters his appearance as lead counsel for Plaintiff-Appellee School Districts. Mr. O'Hanlon is replacing Mr.

David Campbell as lead counsel.

David Campbell is withdrawing as counsel and consents to be replaced by Kevin O'Hanlon, of the same firm, for Plaintiff-Appellee School Districts in this cause.

Respectfully submitted,

*/s/ Kevin O'Hanlon*
Kevin O'Hanlon
State Bar No. 15235500
*kohanlon@808west.com*
Nick Maddox
State Bar No. 24092739
*nmaddox@808west.com*
Benjamin Castillo
State Bar No. 24077194
*bcastillo@808west.com*
O'Hanlon, Demerath & Castillo
808 West Avenue
Austin, TX 78701
Tel: (512) 494-9949
Fax: (512) 494-9919


*/s/ David Campbell*
David Campbell
Texas Bar No. 24057033
*dcampbell@808west.com*
O'Hanlon, Demerath & Castillo
808 West Avenue
Austin, TX 78701
Tel: (512) 494-9949
Fax: (512) 494-9919

*Counsel for Plaintiff-Appellee School Districts*

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Tex. R. App. P. 9.5(e), an automated certificate of service will be generated when this document is e-filed.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kathryn French on behalf of Kevin O'Hanlon
Bar No. 15235500
kfrench@808west.com
Envelope ID: 96576578
Filing Code Description: Other Document
Filing Description: Plf-Appellee School District's Notice of Lead Counsel
Status as of 1/24/2025 2:20 PM CST

Associated Case Party: Office of the Texas Attorney General

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Beth Klusmann | | beth.klusmann@oag.texas.gov | 1/24/2025 2:01:08 PM | SENT |

Associated Case Party: Kingsville ISD, et al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kevin OHanlon | | kohanlon@808west.com | 1/24/2025 2:01:08 PM | SENT |
| David Campbell | | dcampbell@808west.com | 1/24/2025 2:01:08 PM | SENT |
| Nick Maddox | | nmaddox@808west.com | 1/24/2025 2:01:08 PM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 1/24/2025 2:01:08 PM | SENT |
| Benjamin Castillo | | bcastillo@808west.com | 1/24/2025 2:01:08 PM | SENT |
| Kathryn French | | kfrench@808west.com | 1/24/2025 2:01:08 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kristy Alonzo | | kalonzo@thompsonhorton.com | 1/24/2025 2:01:08 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 1/24/2025 2:01:08 PM | SENT |
| David Thompson | | dthompson@thompsonhorton.com | 1/24/2025 2:01:08 PM | SENT |
| Christopher Gilbert | | cgilbert@thompsonhorton.com | 1/24/2025 2:01:08 PM | SENT |
| Carlos Lopez | | clopez@thompsonhorton.com | 1/24/2025 2:01:08 PM | SENT |
| David J.Campbell | | dcampbell@808west.com | 1/24/2025 2:01:08 PM | SENT |